WILLIAM E. GUILFOYLE, Respondent, *v.* THE NATIONAL LIFE ASSOCIATION, Appellant.

*Guilfoyle* v. *National Life Assn.*, 36 App. Div. 343, appeal dismissed. (Submitted May 1, 1899; decided May 12, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second

judicial department, entered January 12, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the affirmance by the Appellate Divison was unaminous and that no questions of law are involved in the appeal.

*F. X. Donoghue* for motion.

*Edwin D. Worcester, Jr.*, opposed.

Motion granted and appeal dismissed, with costs.